In the Matter of the Arbitration between KILGORE MANUFACTURING COMPANY, Appellant, and NEW HAMPSHIRE FIRE INSURANCE Co., Respondent.

Argued May 20, 1953; decided June 5, 1953.

*Samuel J. Silverman* and *Edward N. Costikyan* for appellant.

*John M. Aherne* and *John J. Martin* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.